**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| **STEVEN BOOHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:06-cv-01045-DRH-CJP |
| ) | |
| **AMERIQUEST MORTGAGE COMPANY,** ) | |
| **GMAC MORTGAGE CORPORATION,** ) | |
| **and DOES 1-5,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For good cause shown, the Motion for Stay and for Extension of Time to File Responsive Pleading to Plaintiff's Complaint filed on behalf of Defendant Ameriquest Mortgage Company is hereby GRANTED.

Dated:_March 5, 2007_____

ENTER:      /s/      David   RHerndon
United States District Judge